UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Knoxville TN

**FILED**
JUL 20 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Timothy Wyatt Smith )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

3:20-mc-47-PLR-DCP

v. )

(Federal Bureau of Prisons) )
USP Atlanta )
Dr. Hayes - Dr. Chakus )
(Enter above the NAME of each
defendant in this action.) )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

  B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  1. Parties to the previous lawsuit:

  Plaintiffs: _____

  _____

  Defendants: _____

  _____

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Knox County Jail

A. Is there a prisoner grievance procedure in this institution? YES (X) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO (X)

C. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

D. If your answer to B is NO, explain why not. Was transferred to another institution.

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

F. If your answer is YES,

1. What steps did you take? in USP Atlanta I submitted Requests and complained to warden and medical staff.

2

2. What was the result? There was No Result. Was never acknowledged or responded to.

## III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Timothy Wyatt Smith

Present address: 5001 Maloneyville rd, Knoxville TN 37918

Permanent home address: None

Address of nearest relative: 4087 old asheville hwy Flagpond TN. 37657

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: F.B.O.P = U.S.P Atlanta Dr. Hayes Dr. Chakos

Official position: Phyciatrist

Place of employment: B.O.P. U.S.P Atlanta

C. Additional defendants: Dr. Chakos And medical staff

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

On Oct 26th 2019, I was in the hole at U.S.P Atlanta a Federal prison, I was awoken to my cellie had hung hinself

3

from the Bunk. I requested physch help, never was reponded to. Dr. hayes The pschyciatrist pulled me out And seen me for my regular checkup. I told her what happend, she prescibed a trauma medizine. When I went Back around 3-4 weeks later to see her I told her it made my nightmares worse. She Then told me There was nothing else she could do.

I'm famalur with This prison and requested Dr. Chapos, he is a pshchologist. Dr. hAyes said she would pass The message.

I went to The Federal half wAy house on 1-14-2020. My Regular meds never Transfered. Due to The lack of ahelp I'm still sufferring nightmares and other mental problems. I feel my issue was heavly ignored. In

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I feel there is definite compensation here.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 14th day of July, 20 20.

_____
Signature of plaintiff(s)

5

Tim Smith
1476935
KCJ
5001 Maloneyville rd
Knoxville TN
37918

KNOXVILLE TN 377
17 JUL 2020 PM 4 L



JUL 20 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

INSPECTED
RECEIVED

Federal court clerk
800 market street
Knoxville TN
37902

Legal Mail
Sender is an inmate of
Correctional Facility

37902-232799